IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS BRIAN ELLISON,

    Petitioner,               No. CIV S-06-2740 FCD DAD P

    vs.

D.K. SISTO,

    Respondent.          ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the required filing fee of $5.00 or filed an application to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a) and 1915(a).  Petitioner will be granted thirty days to pay the filing fee or file an in forma pauperis application.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner shall submit, within thirty days from the date of this order, either the $5.00 filing fee or a properly completed application to proceed in forma pauperis; petitioner's failure to comply with this order or seek an extension of time to comply will result in a recommendation that this action be dismissed; and

/////

1        2.  The Clerk of the Court is directed to send petitioner a copy of the in forma
2   pauperis application form used by this district in habeas corpus cases.
3   DATED: December 8, 2006.

```
                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
```

DAD:13:bb
elli2740.101a