IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS BRIAN ELLISON,

    Petitioner,                       No. CIV S-06-2740 FCD DAD P

    vs.

D.K. SISTO,

    Respondent.                    <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In response to the court's order filed December 8, 2006, petitioner has filed an application to proceed in forma pauperis.

        Examination of petitioner's in forma pauperis application reveals that petitioner is unable to afford the costs of this suit. Accordingly, petitioner's application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondent will be directed to file a response to petitioner's habeas petition.

        Petitioner has included in his petition a request for appointed counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, counsel may be appointed at any stage

of the case "if the interests of justice so require." 18 U.S.C. § 3006A. See also Rule 8(c), Rules Governing § 2254 Cases. In the present case, the court does not find that the interests of justice require appointment of counsel at this time.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's January 4, 2007 application to proceed in forma pauperis is granted;

2. Petitioner's request for appointed counsel is denied;

3. Respondent is directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of respondent's answer;

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to respondent's motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: January 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
elli2740.100