IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS BRIAN ELLISON,

        Petitioner,          No. CIV S-06-2740 FCD DAD P

    vs.

D.K. SISTO,

        Respondent.          ORDER

_____/

    GOOD CAUSE APPEARING,

    IT IS ORDERED that Respondent's February 5, 2007 application for a 30-day enlargement of time is granted. A response to the petition for writ of habeas corpus in this matter shall be filed on or before March 12, 2007.

DATED: February 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/elli2740.eotresp