IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS BRIAN ELLISON,

       Petitioner,              No. CIV S-06-2740 FCD DAD P

    vs.

D.K. SISTO,

       Respondent.        ORDER

_____/

       Petitioner has requested an extension of time to file a traverse pursuant to the court's order of January 10, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's May 15, 2007 request for an extension of time is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED: May 18, 2007.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD/bb
ellis2740.111(2)