IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS BRIAN ELLISON,

      Petitioner,                    No. CIV S-06-2740 FCD DAD P

    vs.

D.K. SISTO, Warden,

      Respondent.               <u>ORDER</u>

_____/

        Respondent has requested an extension of time to file a response to the amended habeas corpus petition pursuant to the court's order of June 19, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's August 15, 2008 request for an extension of time (Doc. No. 24) is granted; and

        2. Respondent shall file his responsive pleading on or before August 25, 2008.

DATED: August 21, 2008.

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak/4
elli2740.111a