IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSS BRIAN ELLISON,

    Petitioner,                   No. CIV S-06-2740 FCD DAD P

    vs.

D.K. SISTO, Warden

    Respondent.               ORDER

                                /

        Petitioner has requested an extension of time to file a traverse pursuant to the court's order of June 19, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's September 24, 2008 application for an extension of time (Doc. No. 28) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED: October 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
elli2740.111t